THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. VINCENT DE LEO, Appellant.

(Submitted February 25, 1935; decided March 5, 1935.)

Motion for reargument denied.   (See 266 N. Y. 499.)

JOSEPH GUTTERMAN, Appellant, v. JAMES AUERBACH, as
Marshal of the City of New York, et al., Respondents.

(Argued February 25, 1935; decided March 5, 1935.)

*Maurice Kozinn* for motion.

*Abraham Males* opposed.

Motion denied, with leave to renew upon argument of
appeal.